**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| GORDON KIRK KEMPPAINEN, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. NO. C-06-463 |
| ARANSAS COUNTY DETENTION CENTER, ET AL., | § | |
| Defendants. | § | |

**ORDER**

On this day came on to be considered Plaintiff Gordon Kirk Kemppainen's "Motion for Voluntary Dismissal" (DE 14) of the above-styled action. This Court's Order of October 23, 2006, provides that, if the Plaintiff does not wish to pay the requisite filing fee, he may dismiss his case by filing a motion with the Court within thirty days of the date of the Order. (DE 10 at pp. 2-3.) Because the Plaintiff has filed a timely motion, the Court GRANTS the Plaintiff's motion to dismiss this action, and the above-styled action is hereby dismissed without prejudice.

SIGNED and ENTERED this 1st of December, 2006.

_____
Janis Graham Jack
United States District Judge